DALTON ET AL., CROSS-APPELLANTS, *v.* TRAVELERS INSURANCE COMPANY ET AL., CROSS-APPELLEES.

[Cite as *Dalton v. Travelers Ins. Co.,* 102 Ohio St.3d 450, 2004-Ohio-3927.]

(No. 2003–0270—Submitted June 8, 2004—Decided August 11, 2004.)

———————

{¶ 1} IT IS ORDERED by the court that the motions to clarify be, and hereby are, granted.

{¶ 2} IT IS FURTHER ORDERED by the court that the second paragraph of our April 20, 2004 order is vacated.

{¶ 3} IT IS FURTHER ORDERED by the court that cross-appellants' motion for reconsideration filed November 17, 2003, is denied.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

———————

Allen Schulman & Associates Co., L.P.A., and Allen Schulman Jr.; John S. Coury, for cross-appellants.

Tucker, Ellis & West, L.L.P., Irene C. Keyse–Walker, Mark F. McCarthy and Kristen L. Mayer, for cross-appellee Travelers Indemnity Co. of Illinois.

Gallagher, Sharp, Fulton & Norman, Timothy J. Fitzgerald and D. John Travis, for cross-appellee Federal Insurance Co.

Janik & Dorman, L.L.P., Steven G. Janik and Matthew J. Grimm, for cross-appellee National Union Fire Insurance Co. of Pittsburgh, PA.

Law Offices of Robert B. Daane, L.L.C., and Robert B. Daane, for cross-appellee Grange Mutual Casualty Insurance Co.